

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Ajaipaul Ram - #232585

_____/

CV 10 80 310 MISC

VRW

**ORDER TO SHOW CAUSE**

It appearing that Ajaipaul Ram has been suspended for six months by the Supreme Court of California effective November 12, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before January 28, 2011 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Ajaipaul Ram
Attorney At Law
358 Alida Way Apt 9
South San Francisco, CA 94080