FILED

FEB 15 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10 80310 MISC VRW

Ajaipaul Ram,
                                     ORDER
   State Bar No 232585

_____/

On December 14, 2010, the court issued an order to show cause (OSC) why Ajaipaul Ram should not be removed from the roll of attorneys authorized to practice law before this court, based upon his six-month suspension by the State Bar of California effective November 12, 2010.

The OSC was mailed to Mr Ram's address of record with the State Bar on December 16, 2010. A written response was due on or before January 28, 2011. No response to the OSC has been filed as of this date.

The State Bar web site shows Mr Ram is on active status as of December 13, 2010, and may practice law in California.

The OSC is therefore discharged. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Ajaipaul Ram,

_____/

Case Number: CV10-80310 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 15, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ajaipaul Ram
358 Alida Way Apt 9
South San Francisco, CA 94080

Dated: February 15, 2011

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*